JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CASTILLO GRIMALDO,<br>Petitioner,<br>v.<br>MARKWAY MULLIN ET AL.,<br>Respondents. | Case No. 5:26-cv-02402-AYP<br>JUDGMENT |

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED in part and DENIED in part.

Dated: September 28, 2026

HON. ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE